THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TODD NILSSON TRUCKING, INC., a Washington corporation, <br><br> Defendant. | NO.   C05-1305RSL <br><br><br> JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Todd Nilsson Trucking, Inc. |
| Principal Judgment Amount: | $916.64 |
| Interest to Date of Judgment: | $85.89 |
| Attorneys Fees: | $448.75 |
| Costs: | $297.55 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Twelve percent (12%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | REID, PEDERSEN, McCARTHY & BALLEW, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having

reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 38, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust:  for liquidated damages of $916.64, for pre-judgment interest of $85.89, for attorneys fees of $448.75; and for costs of $297.55, all for a total of $1,748.83, together with interest accruing thereupon at the rate of twelve percent (12%) per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 27th day of September, 2005.

_____
Robert S. Lasnik
United States District Judge

Presented for Entry by:

s/Russell J. Reid_____
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy & Ballew, L.L.P.
Attorneys for Plaintiff